UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 12-20074-CMB |
| ) | |
| RONALD J. LUCCI ) | |
| VICKIE G. LUCCI ) | CHAPTER 13 |
| ) | |
|     DEBTORS ) | RELATED DOCUMENT NO. |
| ) | |
| ) | RELATED TO CLAIM NO. 35 |
| NATIONSTAR MORTGAGE, LLC ) | |
|     MOVANT ) | |
| ) | |
| VS. ) | |
| ) | |
| RONALD J. LUCCI ) | |
| VICKIE G. LUCCI ) | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY

The undersigned hereby declares that the Plan dated September 11, 2014 is adequately funded for the change in the mortgage payment to Nationstar Mortgage, LLC to the amount of $1,158.42 effective with the January 1, 2017 payment without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan.

Therefore, no amended Plan is necessary and/or objection to the notice is required.

January 2, 2017                      /s/ Edgardo D. Santillan
                                                        Edgardo D. Santillan, Esquire
                                                        PA ID No. 60030
                                                        SANTILLAN LAW FIRM, P.C.
                                                        775 Fourth St.
                                                        Beaver, PA 15009
                                                        724-770-1040
                                                        eds@debtlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-20074-CMB |
| | ) | |
| RONALD J. LUCCI | ) | |
| VICKIE G. LUCCI | ) | CHAPTER 13 |
| | ) | |
| DEBTORS | ) | RELATED DOCUMENT NO. |
| | ) | |
| | ) | RELATED TO CLAIM NO. 35 |
| NATIONSTAR MORTGAGE, LLC | ) | |
| MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| RONALD J. LUCCI | ) | |
| VICKIE G. LUCCI | ) | |

**CERTIFICATION OF SERVICE**

I, Edgardo Santillan, Esquire of SANTILLAN LAW FIRM, P.C, 775 Fourth St. Beaver, PA 15009 certify:
That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 2nd day of January 2017, **I SERVED A COPY OF THE WITHIN DECLARATION REGARDING MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY UPON THE FOLLOWING:**

| | |
|---|---|
| Ronda J. Winnecour | U.S. Trustee |
| Chapter 13 Trustee | 1001 Liberty Avenue |
| Suite 3250, USX Tower | Liberty Center Suite 970 |
| 600 Grant Street | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15219 | **Via CM/ECF email noticing** |
| **Via CM/ECF email noticing** | |

**Nationstar Mortgage, LLC**
**c/o KML Law Group, PC**
**701 Market St. Suite 5000**
**Philadelphia, PA 19106**
**Attn: James Warmbrodt, Esq.**
**Via CM/ECF email noticing**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON JANUARY 2, 2017

                                                s/ Edgardo D. Santillan
                                                Edgardo D. Santillan Esquire
                                                PA ID No. 60030
                                                SANTILLAN LAW FIRM, P.C.
                                                775 Fourth St.
                                                Beaver, PA 15009
                                                724-770-1040
                                                eds@debtlaw.com