IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

In Re:

Ronald J Lucci
Vickie G Lucci

DEBTOR
-----------------------------------------
Edgardo Santillan

APPLICANT

vs.

NO RESPONDENT

Case Number: 12-20074-CMB

Chapter 13

Document No. 74
Hearing Date: February 22, 2017 @ 10:00a.m.

**ENTERED BY DEFAULT**

### ORDER OF COURT

**AND NOW,** to-wit, this ____1st____ day of ____February____, 2017, the **APPLICATION OF Edgardo Santillan FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$4,525.00** for services rendered on behalf of the Debtor(s) for the period between June 06, 2011 through August 25, 2016, which represents $4,525.00 in attorney fees and $0.00 in costs.

The amount of $3,100.00 was paid from the initial retainer and Trustee distributions as part of the "no look" fees. The balance of $1,425.00 shall be paid by the Chapter 13 Trustee in the next disbribution. The plan dated September 11, 2014 provided for the additional attorney's fees. Said plan was confirmed on November 12, 2014.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

**BY THE COURT:**

*Carlota M. Böhm*
U.S. Bankruptcy Court Judge    dmr

FILED
2/1/17 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald J Lucci
Vickie G Lucci
    Debtors

Case No. 12-20074-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Feb 01, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.
db/jdb        Ronald J Lucci,   Vickie G Lucci,   937 Charles St. Ext.,   Carnegie, PA  15106-3207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:
              Edgardo D. Santillan    on behalf of Plaintiff Vickie G Lucci eds@debtlaw.com,
       edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Debtor Ronald J Lucci eds@debtlaw.com,
       edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Ronald J Lucci eds@debtlaw.com,
       edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Joint Debtor Vickie G Lucci eds@debtlaw.com,
       edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Joint Debtor Vickie G Lucci pawb@fedphe.com,
       james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Debtor Ronald J Lucci pawb@fedphe.com,
       james.prostko@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                    TOTAL: 12