**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ronald J Lucci**
**Vickie G Lucci**
Debtor(s)

Bankruptcy Case No.: 12–20074–CMB

Chapter: 13
Docket No.: 83 – 82

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 27th day of February, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/13/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/10/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/13/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 12-20074-CMB
Ronald J Lucci                                                   Chapter 13
Vickie G Lucci
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw                    Page 1 of 3                  Date Rcvd: Feb 27, 2017
                              Form ID: 408                  Total Noticed: 65
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.

```
db/jdb          Ronald J Lucci,    Vickie G Lucci,    937 Charles St. Ext.,    Carnegie, PA 15106-3207
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13285669       +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD,    BRANDON, FL 33510-3942
13269657        Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
13269674       +CAPITAL ONE NA,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269659        CBCS,    P.O. Box 164059,    Columbus, OH 43216-4059
13269661      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20507,    Kansas City, MO 64195)
13269670      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot Credit Services,    Processing Center,
                 Des Moines, IA 50364-0500)
13269663       +COUNTRY DOOR,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269658       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13269660       +Chase- Cha,    Po Box 7090,    Mesa, AZ 85216-7090
13269662        Citifinancial,    Bsp13a,    Baltimore, MD 21202
13269665      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
                 Austin, TX 78708)
13282713       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13282712       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13269667       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13343638       +GINNY’S,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269672       +HSBC Card Sevices,    P.O. Box 5222,    Carol Stream, IL 60197-5222
13269669       +Hb Fsb,    Attn: Bankruptcy,    Po Box 3425,    Buffalo, NY 14240-3425
13269671       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5895,    Carol Stream, IL 60197-5895
13269679       +MIDNIGHT VELVET,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269680       +MONTGOMERY WARD,    c/o Creditors Bankruptcy Service,    P.o. Box 740933,    Dallas TX 75374-0933
13269681      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage Ll,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
13277134       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13269682       +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13269684       +SEVENTH AVENUE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269687       +Toyota Fsb,    Po Box 108,    Saint Louis, MO 63166-0108
13269688       +UPMC - Presby Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13297340        US BANK N.A. as Servicer for,    TOYOTA FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,
                 P.O. BOX 5229,    CINCINNATI, OH 45201-5229
13269689       +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
13269690       +Wfnnb/brylane Home,    Po Box 182789,    Columbus, OH 43218-2789
13269691       +Wfnnb/dress Barn,    P.O. Box 182686,    Columbus, OH 43218-2686
13269692       +Wfnnb/newport News,    995 W 122nd Ave,    Westminster, CO 80234-3417
13269693       +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:54:36
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:15:50
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13283958        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 28 2017 02:49:33
                 AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
                 IRVING, TX 75016-8088
13269655        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 28 2017 02:49:33     American Honda Finance Corp,
                 P.O. Box 7829,    Philadelphia, PA 19101-7829
13269656       +E-mail/Text: bnc-applied@quantum3group.com Feb 28 2017 02:50:00     Applied Card Bank,
                 Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
13279727       +E-mail/Text: bankruptcy@cavps.com Feb 28 2017 02:49:52     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13269664       +E-mail/Text: creditonebknotifications@resurgent.com Feb 28 2017 02:48:24     Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13269666        E-mail/Text: mrdiscen@discover.com Feb 28 2017 02:48:20     Discover Fin,    Po Box 8003,
                 Hilliard, OH 43026
13276825       +E-mail/Text: mrdiscen@discover.com Feb 28 2017 02:48:20     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13341638       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 28 2017 02:50:26     Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13269668       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:01     Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0315-2          User: dsaw                   Page 2 of 3                   Date Rcvd: Feb 27, 2017
                              Form ID: 408                 Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13984489       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:41:11      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13975998       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:01      Green Tree Servicing,LLC,
                 7340 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
13269673        E-mail/Text: cio.bncmail@irs.gov Feb 28 2017 02:48:35      Internal Revenue Service,
                 Insolvencey Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13736672        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2017 02:40:50      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13375044        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2017 02:40:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13269675       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:41:11      Lowes / MBGA /,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13269678       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 28 2017 02:50:10      Metabnk/fhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
13537110        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:54:35      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13518632       +E-mail/Text: bknotice@ncmllc.com Feb 28 2017 02:49:36      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13320239       +E-mail/Text: bncmail@w-legal.com Feb 28 2017 02:49:43      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13345348        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:04:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13570802        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 02:41:54
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13385319       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2017 02:40:50
                 PYOD, LLC its successors and assigns as assignee,    of FNBM,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
13333156        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:34      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13277877        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:47
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13344685        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:47
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13269654        E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 02:41:10      American General Finance,
                 Waterford Place,    5888 Steubenville Pike Unit 1,    Mc Kees Rocks, PA 15136
13384571        E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 02:39:58      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13269683        E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:01      Sam’s Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
13269685       +E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 02:39:58      Springleaf Financial S,
                 2100 Washington Pike,    Carnegie, PA 15106-3751
                                                                                               TOTAL: 31

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
cr*            +Green Tree Servicing,LLC,    7340 S. Kyrene Rd.,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13358012*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13537201*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX  77210-4457
13458427*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Department,
                 350 Highland Drive,    Lewisville, Texas 75067)
13269676       ##+Mason,    P.O. Box 77001,    Madison, WI 53707-1001
13269677       ##+Masseys,    P.O. Box 8959,    Madison, WI 53708-8959
13269686       ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                               TOTALS: 2, * 6, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: dsaw              Page 3 of 3           Date Rcvd: Feb 27, 2017
                              Form ID: 408            Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
              Edgardo D. Santillan    on behalf of Debtor Ronald J Lucci eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Ronald J Lucci eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Joint Debtor Vickie G Lucci eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Vickie G Lucci eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Joint Debtor Vickie G Lucci pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Debtor Ronald J Lucci pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```