**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RONALD J LUCCI
VICKIE G LUCCI
       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
     vs.
No Repondents.

Case No.:12-20074

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 24, 2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/06/2012 and confirmed on 3/13/12. The case was subsequently         Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 127,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 127,200.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,465.00 | |
|    Trustee Fee | 4,468.81 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,933.81 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 1,178.99 | 1,178.99 | 0.00 | 1,178.99 |
|     Acct: 3120 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 20,028.93 | 20,028.93 | 2,454.58 | 22,483.51 |
|     Acct: 5633 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 18,302.24 | 18,302.24 | 2,285.61 | 20,587.85 |
|     Acct: 4009 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 60,423.83 | 0.00 | 60,423.83 |
|     Acct: 3120 | | | | |
| | | | | 104,674.18 |
| **Priority** | | | | |
|   JAMES A PROSTKO ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD J LUCCI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PROSTKO & SANTILLAN LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES A PROSTKO ESQ** | 2,040.00 | 2,040.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN LAW FIRM PC | 1,425.00 | 1,425.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-16 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,815.26 | 2,815.26 | 0.00 | 2,815.26 |
|     Acct: 4676 | | | | |
|   INTERNAL REVENUE SERVICE* | 6,063.76 | 6,063.76 | 0.00 | 6,063.76 |
|     Acct: 4676 | | | | |
| | | | | 8,879.02 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 544.53 | 31.75 | 0.00 | 31.75 |
|     Acct: 2003 | | | | |
|   GREEN TREE SERVICING LLC | 28,063.20 | 1,636.35 | 0.00 | 1,636.35 |
|     Acct: 1980 | | | | |
|   AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX5139 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 3,313.95 | 193.24 | 0.00 | 193.24 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1429 | | | | |
| BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX5902 | | | | |
| OAK HARBOR CAPITAL IV LLC | 2,006.30 | 116.99 | 0.00 | 116.99 |
| Acct: 0540 | | | | |
| OAK HARBOR CAPITAL IV LLC | 1,445.42 | 84.28 | 0.00 | 84.28 |
| Acct: 0020 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CHASE/JPMORGAN CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX6512 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX7757 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,708.15 | 99.60 | 0.00 | 99.60 |
| Acct: 5957 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 8,461.84 | 493.40 | 0.00 | 493.40 |
| Acct: 6559 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX9825 | | | | |
| COUNTRY DOOR | 1,272.13 | 74.18 | 0.00 | 74.18 |
| Acct: 9530 | | | | |
| PYOD LLC | 1,955.77 | 114.04 | 0.00 | 114.04 |
| Acct: 3570 | | | | |
| DELL FINANCIAL SERVICES LLC | 3,072.85 | 179.18 | 0.00 | 179.18 |
| Acct: 2347 | | | | |
| DISCOVER BANK(*) | 7,447.59 | 434.26 | 0.00 | 434.26 |
| Acct: 4540 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 2,310.56 | 134.73 | 0.00 | 134.73 |
| Acct: 3224 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 3,587.79 | 209.20 | 0.00 | 209.20 |
| Acct: 5630 | | | | |
| LANDMARK ASSET RECEIVABLES MGT L | 6,064.00 | 353.59 | 0.00 | 353.59 |
| Acct: 1217 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 2,182.64 | 127.27 | 0.00 | 127.27 |
| Acct: 7757 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 1,600.66 | 93.33 | 0.00 | 93.33 |
| Acct: 9983 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX4667 | | | | |
| CAPITAL ONE NA** | 743.71 | 43.37 | 0.00 | 43.37 |
| Acct: 7422 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 937.46 | 54.66 | 0.00 | 54.66 |
| Acct: 1522 | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX4406 | | | | |
| MASON DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX0502 | | | | |
| MASSEYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX05AZ | | | | |
| METABANK/FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX7622 | | | | |
| MIDNIGHT VELVET | 638.33 | 37.22 | 0.00 | 37.22 |
| Acct: 9550 | | | | |
| MONTGOMERY WARDS** | 866.84 | 50.55 | 0.00 | 50.55 |
| Acct: 9290 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,790.86 | 104.43 | 0.00 | 104.43 |
| Acct: 1905 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 2,011.69 | 117.30 | 0.00 | 117.30 |
| Acct: 8248 | | | | |
| SEVENTH AVENUE | 1,912.10 | 111.49 | 0.00 | 111.49 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: 9570 | | | | |
|   SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXX7630 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,381.99 | 138.89 | 0.00 | 138.89 |
|   Acct: 1975 | | | | |
|   THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXX7271 | | | | |
|   US BANK FOR TOYOTA FINANCIAL SVCS | 1,987.72 | 115.90 | 0.00 | 115.90 |
|   Acct: 9938 | | | | |
|   UPMC REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXX9288 | | | | |
|   WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXX9288 | | | | |
|   QUANTUM3 GROUP LLC AGNT - WFNNB | 1,538.17 | 89.69 | 0.00 | 89.69 |
|   Acct: 7269 | | | | |
|   QUANTUM3 GROUP LLC AGNT - WFNNB | 1,259.81 | 73.46 | 0.00 | 73.46 |
|   Acct: 9288 | | | | |
|   QUANTUM3 GROUP LLC AGNT - WFNNB | 452.17 | 26.37 | 0.00 | 26.37 |
|   Acct: 0485 | | | | |
|   QUANTUM3 GROUP LLC AGNT - WFNNB | 3,677.47 | 214.43 | 0.00 | 214.43 |
|   Acct: 7846 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 614.85 | 35.85 | 0.00 | 35.85 |
|   Acct: 2487 | | | | |
|   INTERNAL REVENUE SERVICE* | 386.00 | 22.51 | 0.00 | 22.51 |
|   Acct: 4676 | | | | |
|   GINNYS | 1,740.35 | 101.48 | 0.00 | 101.48 |
|   Acct: 9630 | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 5,712.99 |

TOTAL PAID TO CREDITORS                                                                    119,266.19

```
TOTAL
 CLAIMED        8,879.02
 PRIORITY      39,510.16
 SECURED       97,976.90
```

Date: 02/24/2017                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RONALD J LUCCI
    VICKIE G LUCCI
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-20074

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                          BY THE COURT:

                                                          U.S. BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                          Case No. 12-20074-CMB
Ronald J Lucci                                                  Chapter 13
Vickie G Lucci
      Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2         User: dsaw                  Page 1 of 3                  Date Rcvd: Feb 27, 2017
                             Form ID: pdf900             Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db/jdb         Ronald J Lucci,    Vickie G Lucci,    937 Charles St. Ext.,    Carnegie, PA 15106-3207
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
13285669      +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD,    BRANDON, FL 33510-3942
13269657       Bill Me Later,    PO Box 105658,   Atlanta, GA 30348-5658
13269674      +CAPITAL ONE NA,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269659       CBCS,    P.O. Box 164059,    Columbus, OH 43216-4059
13269661     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn: Centraliz,
                Po Box 20507,    Kansas City, MO 64195)
13269670     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,     Processing Center,
                Des Moines, IA 50364-0500)
13269663      +COUNTRY DOOR,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269658      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                Salt Lake City, UT 84130-0285
13269660      +Chase- Cha,    Po Box 7090,    Mesa, AZ 85216-7090
13269662       Citifinancial,    Bsp13a,   Baltimore, MD 21202
13269665     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
                Austin, TX 78708)
13282713      +Department Stores National Bank/Macy’s,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13282712      +Department Stores National Bank/Macys,    Bankruptcy Processing,     Po Box 8053,
                Mason, OH 45040-8053
13269667      +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
13343638      +GINNY’S,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269672      +HSBC Card Sevices,    P.O. Box 5222,   Carol Stream, IL 60197-5222
13269669      +Hb Fsb,    Attn: Bankruptcy,    Po Box 3425,   Buffalo, NY 14240-3425
13269671      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5895,   Carol Stream, IL 60197-5895
13269679      +MIDNIGHT VELVET,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269680      +MONTGOMERY WARD,    c/o Creditors Bankruptcy Service,    P.o. Box 740933,    Dallas TX 75374-0933
13269681     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Ll,     Attn: Bankruptcy,    350 Highland Dr,
                Lewisville, TX 75067)
13277134      +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
13269682      +Pnc Bank,    1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13269684      +SEVENTH AVENUE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269687      +Toyota Fsb,    Po Box 108,    Saint Louis, MO 63166-0108
13269688      +UPMC - Presby Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13297340       US BANK N.A. as Servicer for,    TOYOTA FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,
                P.O. BOX 5229,    CINCINNATI, OH 45201-5229
13269689      +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,   Urbandale, IA 50323-2310
13269690      +Wfnnb/brylane Home,    Po Box 182789,   Columbus, OH 43218-2789
13269691      +Wfnnb/dress Barn,    P.O. Box 182686,   Columbus, OH 43218-2686
13269692      +Wfnnb/newport News,    995 W 122nd Ave,    Westminster, CO 80234-3417
13269693      +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182686,   Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:55:10
                Midland Funding LLC by American InfoSource LP as a,     PO Box 4457,   Houston, TX 77210-4457
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:15:51
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13283958       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 28 2017 02:49:33
                AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
                IRVING, TX 75016-8088
13269655       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 28 2017 02:49:33     American Honda Finance Corp,
                P.O. Box 7829,    Philadelphia, PA 19101-7829
13269656      +E-mail/Text: bnc-applied@quantum3group.com Feb 28 2017 02:50:00     Applied Card Bank,
                Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
13279727      +E-mail/Text: bankruptcy@cavps.com Feb 28 2017 02:49:57     Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13269664      +E-mail/Text: creditonebknotifications@resurgent.com Feb 28 2017 02:48:27     Credit One Bank,
                Po Box 98875,    Las Vegas, NV 89193-8875
13269666       E-mail/Text: mrdiscen@discover.com Feb 28 2017 02:48:20     Discover Fin,    Po Box 8003,
                Hilliard, OH 43026
13276825       E-mail/Text: mrdiscen@discover.com Feb 28 2017 02:48:20     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13341638      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 28 2017 02:50:32     Duquesne Light Company,
                c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13269668      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:14     Gemb/JC Penny,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0315-2          User: dsaw                  Page 2 of 3                   Date Rcvd: Feb 27, 2017
                              Form ID: pdf900             Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13984489       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:14      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13975998       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:41:18      Green Tree Servicing,LLC,
                 7340 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
13269673        E-mail/Text: cio.bncmail@irs.gov Feb 28 2017 02:48:39      Internal Revenue Service,
                 Insolvencey Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13736672        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2017 02:40:55      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13375044        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2017 02:40:56
                 LVNV Funding, LLC its successors and assigns as,     assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13269675       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:40:14      Lowes / MBGA /,
                 Attention: Bankruptcy Department,     Po Box 103104,    Roswell, GA 30076-9104
13269678       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 28 2017 02:50:10      Metabnk/fhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
13537110        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:54:55      Midland Funding LLC,
                 by American InfoSource LP as agent,     PO Box 4457,    Houston, TX  77210-4457
13518632       +E-mail/Text: bknotice@ncmllc.com Feb 28 2017 02:49:39      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13320239       +E-mail/Text: bncmail@w-legal.com Feb 28 2017 02:49:43      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13345348        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:15:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13570802        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 02:55:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13385319       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2017 02:40:56
                 PYOD, LLC its successors and assigns as assignee,     of FNBM,   Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
13333156        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:44      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13277877        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:52
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13344685        E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2017 02:48:52
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
13269654        E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 02:41:13      American General Finance,
                 Waterford Place,    5888 Steubenville Pike Unit 1,    Mc Kees Rocks, PA 15136
13384571        E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 02:41:13      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13269683        E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:41:19      Sam’s Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
13269685       +E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 02:40:04      Springleaf Financial S,
                 2100 Washington Pike,    Carnegie, PA 15106-3751
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Nationstar Mortgage LLC
cr*           +Green Tree Servicing,LLC,    7340 S. Kyrene Rd.,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,     P.O. Box 10587,
                 Greenville, SC  29603-0587
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13358012*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13537201*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX  77210-4457
13458427*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     Bankruptcy Department,
                 350 Highland Drive,    Lewisville, Texas 75067)
13269676      ##+Mason,    P.O. Box 77001,    Madison, WI 53707-1001
13269677      ##+Masseys,    P.O. Box 8959,    Madison, WI 53708-8959
13269686      ##+The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507
                                                                                   TOTALS: 2, * 6, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2         User: dsaw                 Page 3 of 3           Date Rcvd: Feb 27, 2017
                             Form ID: pdf900            Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Edgardo D. Santillan    on behalf of Debtor Ronald J Lucci eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Ronald J Lucci eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Joint Debtor Vickie G Lucci eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Vickie G Lucci eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Joint Debtor Vickie G Lucci pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Debtor Ronald J Lucci pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```