IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO 12-20074-CMB |
| | : | |
| RONALD J. LUCCI | : | CHAPTER 13 |
| VICKIE G. LUCCI | : | |
| | : | |
|     DEBTORS | : | |
| VS. | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
|     RESPONDENT | : | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
    The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 27, 2012 at docket number 19 & 20, Debtors, Ronald & Vickie Lucci complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated 4/12/2017_____

/s/ Edgardo D. Santillan
Edgardo D. Santillan Esquire
PA ID No. 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com

**PAWB Local Form 24 (07/13)**