**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ronald J Lucci** | Social Security number or ITIN    xxx–xx–4676 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Vickie G Lucci** | Social Security number or ITIN    xxx–xx–6899 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:    **12–20074–CMB**

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald J Lucci                                           Vickie G Lucci

5/4/17                              **By the court:**    Carlota M. Bohm
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-20074-CMB
Ronald J Lucci                                                            Chapter 13
Vickie G Lucci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy              Page 1 of 3              Date Rcvd: May 04, 2017
                            Form ID: 3180W          Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
```
db/jdb          Ronald J Lucci,   Vickie G Lucci,   937 Charles St. Ext.,   Carnegie, PA 15106-3207
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13269657        Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
13269674       +CAPITAL ONE NA,   C/O Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13269670      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,   Processing Center,
                 Des Moines, IA 50364-0500)
13269663       +COUNTRY DOOR,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13269660       +Chase- Cha,   Po Box 7090,   Mesa, AZ 85216-7090
13269662        Citifinancial,   Bsp13a,   Baltimore, MD 21202
13343638       +GINNY'S,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13269679       +MIDNIGHT VELVET,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13269680       +MONTGOMERY WARD,   c/o Creditors Bankruptcy Service,   P.o. Box 740933,   Dallas TX 75374-0933
13269681      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,   Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067)
13277134       +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13269682       +Pnc Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13269684       +SEVENTH AVENUE,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13269687       +Toyota Fsb,   Po Box 108,   Saint Louis, MO 63166-0108
13269688       +UPMC - Presby Shadyside,   P.O. Box 382059,   Pittsburgh, PA 15250-0001
13297340        US BANK N.A. as Servicer for,   TOYOTA FINANCIAL SERVICES,   BANKRUPTCY DEPARTMENT,
                 P.O. BOX 5229,   CINCINNATI, OH 45201-5229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 00:37:50     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              EDI: AIS.COM May 05 2017 00:28:00     Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,   Houston, TX 77210-4457
cr             +EDI: PRA.COM May 05 2017 00:28:00     PRA Receivables Management, LLC,   PO Box 41067,
                 Norfolk, VA 23541-1067
13283958        EDI: HNDA.COM May 05 2017 00:28:00     AMERICAN HONDA FINANCE CORPORATION,
                 NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,   IRVING, TX 75016-8088
13269655        EDI: HNDA.COM May 05 2017 00:28:00     American Honda Finance Corp,   P.O. Box 7829,
                 Philadelphia, PA 19101-7829
13269656       +EDI: APPLIEDBANK.COM May 05 2017 00:28:00     Applied Card Bank,   Attention: General Inquiries,
                 Po Box 17125,   Wilmington, DE 19850-7125
13285669       +EDI: HFC.COM May 05 2017 00:28:00     BENEFICIAL CONSUMER DISCOUNT COMPANY,
                 636 GRAND REGENCY BLVD,   BRANDON, FL 33510-3942
13269659        EDI: CBCSI.COM May 05 2017 00:28:00     CBCS,   P.O. Box 164059,   Columbus, OH 43216-4059
13269661        EDI: CITICORP.COM May 05 2017 00:28:00     Citibank Usa,
                 Citicorp Credit Services/Attn: Centraliz,   Po Box 20507,   Kansas City, MO 64195
13269658       +EDI: CAPITALONE.COM May 05 2017 00:28:00     Capital One, N.a.,   Capital One Bank (USA) N.A.,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
13279727       +E-mail/Text: bankruptcy@cavps.com May 05 2017 00:38:06     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
13269664       +EDI: RCSFNBMARIN.COM May 05 2017 00:28:00     Credit One Bank,   Po Box 98875,
                 Las Vegas, NV 89193-8875
13269665        EDI: RCSDELL.COM May 05 2017 00:28:00     Dell Financial Services,   Attn: Bankruptcy Dept.,
                 Po Box 81577,   Austin, TX 78708
13269666        EDI: DISCOVER.COM May 05 2017 00:28:00     Discover Fin,   Po Box 8003,   Hilliard, OH 43026
13282713       +EDI: TSYS2.COM May 05 2017 00:28:00     Department Stores National Bank/Macy's,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
13282712       +EDI: TSYS2.COM May 05 2017 00:28:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
13276825        EDI: DISCOVER.COM May 05 2017 00:28:00     Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
13269667       +EDI: TSYS2.COM May 05 2017 00:28:00     Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
13341638       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 05 2017 00:38:23     Duquesne Light Company,
                 c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13269668       +EDI: RMSC.COM May 05 2017 00:28:00     Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
13984489       +EDI: RMSC.COM May 05 2017 00:28:00     Green Tree Servicing LLC,   7340 S. Kyrene Rd.,
                 Recovery Dept - T120,   Tempe, AZ 85283-4573
13975998       +EDI: RMSC.COM May 05 2017 00:28:00     Green Tree Servicing,LLC,   7340 S. Kyrene Road,
                 Recovery Dept. T-120,   Tempe, AZ 85283-4573
13269672       +EDI: HFC.COM May 05 2017 00:28:00     HSBC Card Sevices,   P.O. Box 5222,
                 Carol Stream, IL 60197-5222
13269669       +EDI: HFC.COM May 05 2017 00:28:00     Hb Fsb,   Attn: Bankruptcy,   Po Box 3425,
                 Buffalo, NY 14240-3425
```

```
District/off: 0315-2          User: culy                  Page 2 of 3                  Date Rcvd: May 04, 2017
                              Form ID: 3180W              Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13269671       +EDI: HFC.COM May 05 2017 00:28:00      Hsbc Bank,    Attn: Bankruptcy,    Po Box 5895,
                 Carol Stream, IL 60197-5895
13269673        EDI: IRS.COM May 05 2017 00:28:00      Internal Revenue Service,    Insolvencey Unit,
                 P.O. Box 628,    Pittsburgh, PA 15230
14371485        EDI: JEFFERSONCAP.COM May 05 2017 00:28:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                 St Cloud MN 56302
13736672        EDI: RESURGENT.COM May 05 2017 00:28:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13375044        EDI: RESURGENT.COM May 05 2017 00:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of CitiFinancial, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13269675       +EDI: RMSC.COM May 05 2017 00:28:00      Lowes / MBGA /,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
13269678       +EDI: BLUESTEM May 05 2017 00:28:00      Metabnk/fhut,    6250 Ridgewood Roa,
                 Saint Cloud, MN 56303-0820
13537110        EDI: AIS.COM May 05 2017 00:28:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX 77210-4457
13518632       +E-mail/Text: bknotice@ncmllc.com May 05 2017 00:37:59       National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13320239       +EDI: OPHSUBSID.COM May 05 2017 00:28:00      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13345348        EDI: PRA.COM May 05 2017 00:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13570802        EDI: PRA.COM May 05 2017 00:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
13385319       +EDI: RESURGENT.COM May 05 2017 00:28:00      PYOD, LLC its successors and assigns as assignee,
                 of FNBM,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13333156        EDI: RECOVERYCORP.COM May 05 2017 00:28:00      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13277877        EDI: Q3G.COM May 05 2017 00:28:00      Quantum3 Group LLC as agent for,
                 World Financial Network National Bank,    PO Box 788,    Kirkland, WA 98083-0788
13344685        EDI: Q3G.COM May 05 2017 00:28:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13269654        EDI: AGFINANCE.COM May 05 2017 00:28:00      American General Finance,    Waterford Place,
                 5888 Steubenville Pike Unit 1,    Mc Kees Rocks, PA 15136
13269685        EDI: AGFINANCE.COM May 05 2017 00:28:00      Springleaf Financial S,    2100 Washington Pike,
                 Carnegie, PA 15106
13384571        EDI: AGFINANCE.COM May 05 2017 00:28:00      Springleaf Financial Services,    P.O. Box 3251,
                 Evansville, IN 47731-3251
13269683        EDI: RMSC.COM May 05 2017 00:28:00      Sam’s Club,    PO Box 530942,    Atlanta, GA 30353-0942
13269689       +EDI: WFFC.COM May 05 2017 00:28:00      Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,
                 Urbandale, IA 50323-2310
13269690       +EDI: WFNNB.COM May 05 2017 00:28:00      Wfnnb/brylane Home,    Po Box 182789,
                 Columbus, OH 43218-2789
13269691       +EDI: WFNNB.COM May 05 2017 00:28:00      Wfnnb/dress Barn,    P.O. Box 182686,
                 Columbus, OH 43218-2686
13269692       +EDI: WFNNB.COM May 05 2017 00:28:00      Wfnnb/newport News,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
13269693       +EDI: WFNNB.COM May 05 2017 00:28:00      Wfnnb/value City Furn,    Attn: Bankruptcy,
                 Po Box 182686,    Columbus, OH 43218-2686
                                                                                               TOTAL: 49

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
cr*            +Green Tree Servicing,LLC,    7340 S. Kyrene Rd.,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN 56302-9617)
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC 29603-0587
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13358012*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13537201*       Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
13458427*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Department,
                 350 Highland Drive,    Lewisville, Texas 75067)
13269676       ##+Mason,    P.O. Box 77001,    Madison, WI 53707-1001
13269677       ##+Masseys,    P.O. Box 8959,    Madison, WI 53708-8959
13269686       ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                              TOTALS: 2, * 7, ## 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2           User: culy              Page 3 of 3            Date Rcvd: May 04, 2017
                               Form ID: 3180W          Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              Edgardo D. Santillan    on behalf of Debtor Ronald J Lucci ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Ronald J Lucci ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Joint Debtor Vickie G Lucci ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Vickie G Lucci ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Joint Debtor Vickie G Lucci pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Debtor Ronald J Lucci pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12