**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RONALD J LUCCI
    VICKIE G LUCCI
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:12-20074

Chapter 13

Related to Dkt. No. 82

**ENTERED BY DEFAULT**

ORDER OF COURT

   AND NOW, this ____4th____ day of __May_____, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE     jah

FILED
5/4/17 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald J Lucci  
Vickie G Lucci  
    Debtors

Case No. 12-20074-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 3 | Date Rcvd: May 04, 2017 |
| | Form ID: pdf900 | Total Noticed: 66 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2017.

```
db/jdb          Ronald J Lucci,    Vickie G Lucci,    937 Charles St. Ext.,    Carnegie, PA 15106-3207
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13285669       +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD,    BRANDON, FL 33510-3942
13269657        Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
13269674       +CAPITAL ONE NA,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269659        CBCS,    P.O. Box 164059,    Columbus, OH 43216-4059
13269661      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20507,    Kansas City, MO 64195)
13269670      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot Credit Services,    Processing Center,
                 Des Moines, IA 50364-0500)
13269663       +COUNTRY DOOR,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269658       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13269660       +Chase- Cha,    Po Box 7090,    Mesa, AZ 85216-7090
13269662        Citifinancial,    Bsp13a,    Baltimore, MD 21202
13269665      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
                 Austin, TX 78708)
13282713       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13282712       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13269667       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13343638       +GINNY'S,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269672       +HSBC Card Sevices,    P.O. Box 5222,    Carol Stream, IL 60197-5222
13269669       +Hb Fsb,    Attn: Bankruptcy,    Po Box 3425,    Buffalo, NY 14240-3425
13269671       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5895,    Carol Stream, IL 60197-5895
13269679       +MIDNIGHT VELVET,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269680       +MONTGOMERY WARD,    c/o Creditors Bankruptcy Service,    P.o. Box 740933,    Dallas TX 75374-0933
13269681      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage Ll,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
13277134       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13269682       +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13269684       +SEVENTH AVENUE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13269687       +Toyota Fsb,    Po Box 108,    Saint Louis, MO 63166-0108
13269688       +UPMC - Presby Shadyside,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13297340        US BANK N.A. as Servicer for,    TOYOTA FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,
                 P.O. BOX 5229,    CINCINNATI, OH 45201-5229
13269689       +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
13269690       +Wfnnb/brylane Home,    Po Box 182789,    Columbus, OH 43218-2789
13269691       +Wfnnb/dress Barn,    P.O. Box 182686,    Columbus, OH 43218-2686
13269692       +Wfnnb/newport News,    995 W 122nd Ave,    Westminster, CO 80234-3417
13269693       +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2017 00:40:08
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 00:40:23
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13283958        E-mail/Text: ebnbankruptcy@ahm.honda.com May 05 2017 00:37:58
                 AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
                 IRVING, TX 75016-8088
13269655        E-mail/Text: ebnbankruptcy@ahm.honda.com May 05 2017 00:37:58     American Honda Finance Corp,
                 P.O. Box 7829,    Philadelphia, PA 19101-7829
13269656       +E-mail/Text: bnc-applied@quantum3group.com May 05 2017 00:38:08     Applied Card Bank,
                 Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
13279727       +E-mail/Text: bankruptcy@cavps.com May 05 2017 00:38:04     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13269664       +E-mail/Text: creditonebknotifications@resurgent.com May 05 2017 00:37:34     Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13269666        E-mail/Text: mrdiscen@discover.com May 05 2017 00:37:33     Discover Fin,    Po Box 8003,
                 Hilliard, OH 43026
13276825        E-mail/Text: mrdiscen@discover.com May 05 2017 00:37:33     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13341638       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 05 2017 00:38:22     Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13269668       +E-mail/PDF: gecsedi@recoverycorp.com May 05 2017 00:40:15     Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0315-2            User: culy                  Page 2 of 3                   Date Rcvd: May 04, 2017
                                Form ID: pdf900             Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13984489       +E-mail/PDF: gecsedi@recoverycorp.com May 05 2017 00:39:59      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13975998       +E-mail/PDF: gecsedi@recoverycorp.com May 05 2017 00:40:15      Green Tree Servicing,LLC,
                 7340 S. Kyrene Road,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
13269673        E-mail/Text: cio.bncmail@irs.gov May 05 2017 00:37:37       Internal Revenue Service,
                 Insolvencey Unit,    P.O. Box 628,    Pittsburgh, PA 15230
14371485        E-mail/Text: JCAP_BNC_Notices@jcap.com May 05 2017 00:38:02       JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
13736672        E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2017 00:40:04       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13375044        E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2017 00:40:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13269675       +E-mail/PDF: gecsedi@recoverycorp.com May 05 2017 00:39:59      Lowes / MBGA /,
                 Attention:    Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13269678       +E-mail/Text: bnc-bluestem@quantum3group.com May 05 2017 00:38:15       Metabnk/fhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
13537110        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2017 00:40:24       Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13518632       +E-mail/Text: bknotice@ncmllc.com May 05 2017 00:37:59       National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13320239       +E-mail/Text: bncmail@w-legal.com May 05 2017 00:38:00       OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13345348        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 00:40:07
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13570802        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 00:40:23
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13385319       +E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2017 00:40:19
                 PYOD, LLC its successors and assigns as assignee,    of FNBM,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
13333156        E-mail/PDF: rmscedi@recoverycorp.com May 05 2017 00:40:02      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,     Miami FL 33131-1605
13277877        E-mail/Text: bnc-quantum@quantum3group.com May 05 2017 00:37:41
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13344685        E-mail/Text: bnc-quantum@quantum3group.com May 05 2017 00:37:41
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13269654        E-mail/PDF: cbp@onemainfinancial.com May 05 2017 00:40:18      American General Finance,
                 Waterford Place,    5888 Steubenville Pike Unit 1,    Mc Kees Rocks, PA 15136
13269685        E-mail/PDF: cbp@onemainfinancial.com May 05 2017 00:40:18      Springleaf Financial S,
                 2100 Washington Pike,    Carnegie, PA 15106
13384571        E-mail/PDF: cbp@onemainfinancial.com May 05 2017 00:40:04      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13269683        E-mail/PDF: gecsedi@recoverycorp.com May 05 2017 00:39:59      Sam's Club,   PO Box 530942,
                 Atlanta, GA 30353-0942
                                                                                               TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Nationstar Mortgage LLC
cr*           +Green Tree Servicing,LLC,    7340 S. Kyrene Rd.,    Recovery Dept. T-120,    Tempe, AZ 85283-4573
cr*          ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,     PO Box 7999,
                St Cloud, MN 56302-9617)
cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                Greenville, SC 29603-0587
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                MEMPHIS, TN 38125-1741
13358012*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
13537201*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                Houston, TX 77210-4457
13458427*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,     Bankruptcy Department,
                350 Highland Drive,    Lewisville, Texas 75067)
13269676      ##+Mason,   P.O. Box 77001,    Madison, WI 53707-1001
13269677      ##+Masseys,   P.O. Box 8959,    Madison, WI 53708-8959
13269686      ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                              TOTALS: 2, * 7, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: culy              Page 3 of 3            Date Rcvd: May 04, 2017
                               Form ID: pdf900        Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:

```
          Edgardo D. Santillan    on behalf of Debtor Ronald J Lucci ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com
          Edgardo D. Santillan    on behalf of Plaintiff Ronald J Lucci ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com
          Edgardo D. Santillan    on behalf of Joint Debtor Vickie G Lucci ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com
          Edgardo D. Santillan    on behalf of Plaintiff Vickie G Lucci ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Joint Debtor Vickie G Lucci pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James A. Prostko    on behalf of Debtor Ronald J Lucci pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 12
```